CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6055
mina.chang@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00211-APG-DJA |
| Plaintiff, | |
| v. | **Government's Motion to Unseal Indictment** |
| BRYAN GRAHAM, | |
| Defendant. | |

On or about August 18, 2020, this Court sealed an indictment charging defendant Bryan Graham with one count of violating 18 U.S.C. §§ 922(g)(1), 922(g)(9), and 924(a)(2) (Prohibited Person in Possession of a Firearm). Graham has been arrested in the Northern District of Georgia and is scheduled to make his initial appearance in that District on July 8, 2021. Because Graham has been arrested, there is no longer cause to keep the Indictment under seal, and the Government requests that the Court order the Indictment unsealed.

DATED this 8th day of July, 2021.

Respectfully submitted,
CHRISTOPHER CHIOU
United States Attorney

_____
MINA CHANG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BRYAN GRAHAM,<br><br>  Defendant. | Case No. 2:20-cr-00211-APG-DJA |

**[Proposed] Order Granting Government's Motion to Unseal Indictment**

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case shall be unsealed.

DATED this 29th day of July, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE