Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 1, 2022**

Name of Offender: **Bryan Graham**

Case Number: **2:20CR00211**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **May 10, 2022**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **60 Months probation**

Date Supervision Commenced: **May 10, 2022**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

> **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

## CAUSE

On June 16, 2022, Graham completed his mental health assessment. After the assessment, the treatment provider advised that Graham did not need mental health counseling but instead recommended he complete at least twelve (12) weeks of substance abuse group primarily due to his recent positive drug test for marijuana.

RE: Bryan Graham

Prob12B
D/NV Form
Rev. June 2014

On July 1, 2022, Graham reported to the probation office and signed a Probation Form 49 agreeing to add the substance abuse condition, which is attached for the Court's review.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2022.07.07 12:35:30 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.07.06 10:24:18 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Bryan Graham

Prob12B
D/NV Form
Rev. June 2014

### THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

X   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

July 8, 2022
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Witness _____   Signed __Bryan Graham__
U.S. Probation Officer                Probationer or Supervised Releasee

Date __7/1/2022__